

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Beverly Sue Mills, Appellant

No. 06-17-00042-CR          v.

The State of Texas, Appellee

Appeal from the County Court at Law of Lamar County, Texas (Tr. Ct. No. 64120). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

      As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

      We note that the appellant, Beverly Sue Mills, has adequately indicated her inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED OCTOBER 19, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk